■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. DEBORAH A. REPEROWITZ, Admitted on July 27, 1987, at a Term of the Appellate Division, First Department. [713 NYS2d 469] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [See, 257 AD2d 157.]